UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY N. STATTMAN, individually;<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION dba COSTCO, a Foreign corporation; DOES I through X, inclusive and ROE CORPORATIONS 1 through X; inclusive.<br><br>　　　　　Defendants. | CASE NO.: **2:25-cv-01784-ART-DJA**<br><br>**ORDER GRANTING** |

**STIPULATION AND ORDER TO CAP DAMAGES**
**AND REMAND TO STATE COURT**

Plaintiff, TIFFANY N. STATTMAN (hereinafter referred to as "Ms. Stattman" and/or "Plaintiff"), by and through counsel, Jessica Parra, Esq. of NV Injury Law and Defendant, COSTCO WHOLESALE CORPORATION (hereinafter referred to as "Defendant" or "Costco"), by and through counsel, Edgar Carranza, Esq. and Ashley Walters, Esq. of Messner Reeves, LLP, hereby

stipulate as follows:

1. Plaintiff, TIFFANY N. STATTMAN, filed her Complaint in the Eighth Judicial District Court for Clark County, Nevada on June 19, 2025, alleging causes of action for Negligence and Negligent Hiring, Training, Supervision.

2. On September 3, 2025, Costco filed its Answer to the Complaint in the Eighth Judicial District Court for Clark County, Nevada.

3. On September 22, 2025, Costco filed its Notice of Removal [Doc. No. 1].

4. On October 2, 2025, Plaintiff filed her Motion to Remand to State Court and for Costs and Attorney's Fees [Doc. No. 4].

5. On October 16, 2025, Costco filed its Opposition to Plaintiff's Motion to Remand and for Costs and Attorney's Fees [Doc. No. 5].

6. Upon discussions by the Parties relative to the claims being asserted, Plaintiff agrees and hereby stipulates to cap her damages and request for any damages to less than the $75,000 jurisdictional amount required pursuant to 28 U.S.C. 1332(a).

7. Plaintiff further agrees and stipulates to withdraw her motion to remand [Doc No. 4] and Costco agrees to withdraw its Opposition to the Motion to Remand [Doc. No. 5].

8 Costco further agrees and stipulates to withdraw its Notice of Removal [Doc No. 1].

9. As a consequence, the Parties agree and stipulate to allow this matter to be remanded back to the Eighth Judicial District Court and for Plaintiff to limit her damages for any and all claims and potential claims to less than $75,000.

. . . .

. . . .

. . . .

10. Plaintiff agrees that once the matter is remanded to state court, Case No. A-25-925950-C, District Court, Clark County, Nevada, Department XXVIII, the damages claimed and recoverable by Plaintiff in the state court action will not exceed $75,000.00 and stipulates to be bound to the same.

DATED this 7th day of November, 2025.　　　　　　DATED this 7th day of November, 2025.

**MESSNER REEVES LLP**　　　　　　　　　　　　**NV Injury Law**

*/s/ Edgar Carranza*　　　　　　　　　　　　　　*/s/ Jessica Parra*
By: _____　　　　By: _____
EDGAR CARRANZA, ESQ.　　　　　　　　　　　JESSICA PARRA, ESQ.
Nevada Bar No. 5902　　　　　　　　　　　　　Nevada Bar No. 12724
ASHLEY E. WALTERS, ESQ.　　　　　　　　　3511 S. Eastern Ave
Nevada Bar No. 16338　　　　　　　　　　　　Las Vegas, NV 89169
8945 West Russell Road, Suite 300　　　　　　*Attorney for Plaintiff*
Las Vegas, Nevada 89148　　　　　　　　　　TIFFANY N. STATTMAN
*Attorneys for Defendant*
COSTCO WHOLESALE CORPORATION

**IT IS SO ORDERED.**

Dated this <u>12th day of November, 2025</u>.

_____
ANNE R. TRAUM
U.S. DISTRICT COURT JUDGE